**Milton Datsopoulos, Esq.**
DATSOPOULOS, MACDONALD & LIND, P.C.
201 W. Main, Suite 201
Missoula, MT 59802
(406) 728-0810
(406) 543-0134 fax

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| BRANDY HAMILTON | ) | Case No: CV-06-141-M-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEAL |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE is hereby given that the Plaintiff, Brandy Hamilton in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order dismissing this case entered in this action on April 16, 2008.

Dated this 13th day of May, 2008.

          /s/ Milton Datsopoulos
          Milton Datsopoulos
          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served upon the following counsel of record, by the means designated below, this 13th day of May, 2008.

<u>1,2</u>  ECF
\_\_\_\_ U.S. Mail
\_\_\_\_ Fedex
\_\_\_\_ Hand-Delivery
\_\_\_\_ Facsmile

1. US District Court Clerk

2. William Mercer
   US Attorney
   Victoria L. Francis
   Assistant US Attorney
   US Attorney's Office
   PO Box 1478
   Billings, MT 59103
   2929 Third Ave., No, Suite 400
   Billings, MT 59101

                               /s/ Milton Datsopoulos
                               Milton Datsopoulos
                               Attorneys for Plaintiff