UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
MAY 20 2008
MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| BRANDY HAMILTON,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br>RYAN HUCKEBY, DMD, DDS<br>PARTNERSHIP HEALTH CENTER<br>DENTAL CLINIC,<br><br>Defendants - Appellees. | No. 08-35423<br>D.C. No. 9:06-cv-00141-DWM<br>District of Montana, Missoula<br><br>**TIME SCHEDULE ORDER** |



The parties shall meet the following time schedule:

**Mon., June 30, 2008**   Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

**Wed., July 30, 2008**   The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1

**The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the**

**appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

                                        FOR THE COURT:

                                        Molly C. Dwyer
                                        Clerk of Court

                                        Gerald Rosen
                                        Deputy Clerk