FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 26 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| BRANDY HAMILTON, | No. 08-35423 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 9:06-cv-00141-DWM |
| | District of Montana, |
| v. | Missoula |
| UNITED STATES OF AMERICA; et al., | |
| | ORDER |
| Defendants - Appellees. | |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: Margaret A. Corrigan
Circuit Mediator

MAC/mediation